IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOBBY A. SHULL,** | : | Civil No. 1:19-cv-00715 |
| Plaintiff, | : | |
| v. | : | |
| **SYNCHRONY BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

**O R D E R**

**AND NOW**, this 26th day of March 2020, for the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion to dismiss Plaintiff's complaint (Doc. 12) is **DENIED**.

                                                      s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge